371 A.2d 1305

Fockler et ux. v. Penn Mutual Fire Insurance
Company, Appellant, et al.

Argued November 10, 1976. Raymond H. Conaway, with him Meyer, Darragh, Buckler, Bebenek & Eck, for appellant; Lee C. McCandless, with him Richard L. McCandless, for appellees.

Judgment affirmed.